IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JERON JOHNSON, Register No. 1073187, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4023-CV-C-SOW |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On August 6, 2008, United States Magistrate Judge William A. Knox recommended that some of plaintiff's claims be dismissed. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on August 15, 2008, and the additional suggestions filed on August 21, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

In the August 21, 2008 response, plaintiff states he is willing to voluntarily dismiss his claims against defendants Crawford, Jones, Powell, Friesen and Woods.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of August 6, 2008, is adopted. [56] It is further

ORDERED that plaintiff's motions of June 30 and July 1, 2008, for judgment on the pleadings are procedurally denied as moot and they are treated as responses to the motion to dismiss. [37, 40] It is further

ORDERED that defendant Powell's motion of July 11, 2008, to dismiss for plaintiff's failure to state a claim is granted and the claims against defendant Powell are dismissed. [49] It is further

ORDERED that the June 20, 2008 motion to dismiss for failure to state a claim is granted with respect to the claims against defendants Larry Crawford, Lisa Jones, Arthur Woods and Mr. Rascher, and denied with respect to the claims against defendants Dave Dormire and Tammy Surface.  [35]  It is further

ORDERED that plaintiff's claims against defendant Walter Friesen are voluntarily dismissed, without prejudice.  [63]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated:  October 14, 2008