IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JERON JOHNSON, Register No. 1073187,   )
                                        )
              Plaintiff,                )
                                        )
       v.                               )   No. 08-4023-CV-C-SOW
                                        )
LARRY CRAWFORD, et al.,                 )
                                        )
              Defendants.               )

## ORDER

On September 10, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims against defendants John Mitchell, Kendra Cenzy and Kate Proctor. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of September 10, 2008, is adopted. [68] It is further

ORDERED that plaintiff's claims against defendants John Mitchell, Kendra Cenzy and Kate Proctor are dismissed, pursuant to Fed. R. Civ. P. 4(m), for failure to obtain service of process.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: October 14, 2008