IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JERON JOHNSON, Register No. 1073187, )
)
                Plaintiff, )
)
                v. )    No. 08-4023-CV-C-SOW
)
LARRY CRAWFORD, et al., )
)
                Defendants. )

## ORDER

On December 22, 2008, United States Magistrate Judge William A. Knox recommended that plaintiff's motions for preliminary injunctive relief be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on January 5 and March 2, 2009. Plaintiff's objections and motion for default judgment are without merit. As set forth in defendants' February 19, 2009 response, defendants have provided to plaintiff a confirmation statement that they had no photographs responsive to his discovery request. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 22, 2008, is adopted. [105] It is further

ORDERED that plaintiff's motions for preliminary injunctive relief regarding delay of mail are denied. [95, 96] It is further

ORDERED that plaintiff's request for medical attention regarding his suicidal thoughts is denied as moot. [78] It is further

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.

ORDERED that plaintiff's motion for default judgment is denied. [112]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: March 9, 2009